UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| RE: VICTOR T SPENCER | | ) Case No. 19 B 21506 |
| | | ) |
| | Debtor | ) Chapter 13 |
| | | ) |
| | | ) Judge: JACQUELINE P COX |

## NOTICE OF MOTION

VICTOR T SPENCER                                                            DAVID M SIEGEL
                                                                                            via Clerk's ECF noticing procedures

8836 S RIDGELAND
CHICAGO, IL 60617

Please take notice that on October 28, 2019 at 10:30 am my designee or I will appear before the Honorable Judge JACQUELINE P COX at 219 South Dearborn Courtroom 680, Chicago, IL and present the motion set forth below.

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at   55 E Monroe St., Chicago, Il 60603 or by the methods indicated on September 24, 2019.

                                                                                            /s/ Tom Vaughn

## TRUSTEE'S MOTION TO DISMISS FOR UNREASONABLE DELAY

Now comes Tom Vaughn, Trustee in the above entitled case and moves the Court to dismiss this case in support thereof states:

1. On July 31, 2019 the Debtor filed a petition and plan under Chapter 13 of Title 11 U.S.C.

2. That the above-captioned plan has not yet been confirmed.

3. That the Debtor has caused unreasonable delay that is prejudicial to creditors by failing to:

Amend I - income appears overstated vs testimony; amend plan - #2.3 - check last box add refund language; #8.1 - preconfirmation payments should be $116.51 and need 2015 and 2016 taxes.

WHEREFORE, the Trustee prays that this case be dismissed for unreasonable delay by the debtor pursuant to 11 U.S.C. § 1307 (c) (1).

                                                                                            Respectfully submitted,
                                                                                            /s/ Tom Vaughn

TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. Monroe Street, Suite 3850
Chicago, IL 60603
(312) 294-5900